CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
OCT 4 2018
JULIA C. DUDLEY, CLERK
BY: s/ MARTHA L. HUPP
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| TIMOTHY HUTCHINS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:17-cv-00048 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | By: Hon. Jackson L. Kiser<br>    Senior United States District Judge |
| | ) | |
| Defendant. | ) | |

Before me is the Report and Recommendation ("R&R") of the United States Magistrate Judge recommending that I grant the Commissioner's Motion for Summary Judgment. The R&R was filed on August 22, 2018, and the parties had fourteen (14) days to file objections. No objections were filed. Accordingly, it is **ORDERED** and **ADJUDGED** that the R&R [ECF No. 21] shall be, and hereby is, **ADOPTED** in its entirety. The Commissioner's Motion for Summary Judgment [ECF No. 19] is **GRANTED**, Plaintiff's Motion for Summary Judgment/Motion to Remand [ECF No. 14] is **DENIED**, and the final decision of the Commissioner is **AFFIRMED.** The clerk is directed to remove this case from the active docket of the court.

The clerk is directed to send a copy of this Order to all counsel of record and to Magistrate Judge Hoppe.

**ENTERED** this 4th day of October, 2018.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE